W. H. FORD, Appellant, v. LULA BRAWLEY FORD and ELLA
PERRY and FLORIDA BANK & TRUST COMPANY OF DAY-
TONA BEACH, FLORIDA, Appellees.

200 So. 345
En Banc
Opinion Filed February 4, 1941
Rehearing Denied February 28, 1941

*H. O. Brown* and *G. P. Garrett,* for Appellant;
*Ray Selden,* for Appellees.

TERRELL, J.—Appellant filed his bill of complaint praying
to be divorced from appellee on the ground of extreme
cruelty. To the bill of complaint as voluntarily amended,
the defendant filed an answer and a counter claim. On
consideration of a motion to dismiss the latter, the chan-
cellor ordered the filing of an amended bill of complaint
which was filed but was dismissed with prejudice at the cost
of complainant. This appeal is from the latter decree.

The question we are required to answer is whether or
not the bill of complaint as voluntarily amended or as
amended by order of the chancellor was sufficient as a
predicate for divorce on the ground of extreme cruelty.

We have examined both bills of complaint and while we
do not pronounce them model pleadings, we think either
is sufficient to withstand a motion to dismiss. Appellee
contends that the allegations of both bills are in open con-

flict with each other, that the relief sought is mutually hostile and that it is based on diametrically opposed averments. In fine, it is contended that the pleadings are in hopeless confusion and that the chancellor was correct in requiring that they be repleaded.

We do not find sufficient ground for this contention to dismiss the bill of complaint so the decree appealed from is reversed.

Reversed.

BROWN, C. J., BUFORD, THOMAS and ADAMS, J. J., concur.

WHITFIELD and CHAPMAN, J. J., not participating.